UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

Plaintiff,

v.                                          Case No.

APPROXIMATELY $116,996.00 IN UNITED
STATES CURRENCY,

Defendant.

---

## VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM

---

The United States of America, by its attorneys, Gregory J. Haanstad, United States Attorney for the Eastern District of Wisconsin, and Bridget J. Schoenborn, Assistant United States Attorney for this district, alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### Nature of the Action

1. This is a civil action to forfeit property to the United States of America, under 21 U.S.C. § 881(a)(6), for violations of 21 U.S.C. § 841(a)(1).

### The Defendant In Rem

2. The defendant property, approximately $116,996.00 in United States currency, was seized on or about January 5, 2023, from Andrew Burgermeister at 1XXX E. Wabash Avenue, Waukesha, Wisconsin.[1]

3. The defendant property is presently in the custody of the United States Marshal Service in Milwaukee, Wisconsin.

---

[1] Throughout this complaint, certain information has been redacted using the letter "X" as a means of avoiding the revelation of any personal information.

## Jurisdiction and Venue

4.      This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

5.      This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

6.      Venue is proper in this district under 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## Basis for Forfeiture

7.      The defendant property, approximately $116,996.00 in United States currency, is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6) because it was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

## Facts

8.      Marijuana is a Schedule I controlled substance under 21 U.S.C. § 812.

9.      Tetrahydrocannabinol ("THC") is a Schedule I controlled substance under 21 U.S.C. § 812.

10.     A confidential informant stated that Andrew Burgermeister was in possession of pounds of marijuana, firearms, over $100,000, and a THC vape laboratory where Burgermeister created THC concentrates and filled THC cartridges, and that these items were located in the basement of Burgermeister's residence.

11.     On January 5, 2023, officers executed a search warrant at Andrew Burgermeister's residence, 1XXX E. Wabash Avenue, Waukesha, Wisconsin (the "Residence").

2

12.     Individuals present during execution of the search warrant at the Residence were Andrew Burgermeister and his mother, who has the initials R.B.

13.     On January 5, 2023, the following items, among other things, were inside the Residence:

    A.     In the basement were the following:

        i.     Four firearms, firearm magazines, and ammunition.

        ii.     A total of approximately 4,440 grams of marijuana, which consisted of approximately 3,326 grams of marijuana flower and approximately 1,114 grams of marijuana wax.

        iii.     A safe containing approximately $111,996.00 in United States currency, which is a portion of the defendant currency.

        iv.     Unfilled cartridges, cartridge packaging materials, and other THC cartridge manufacturing paraphernalia.

    B.     On the main floor in a closet was a safe containing approximately $5,000.00 in United States currency, which is a portion of the defendant currency.

14.     A drug detection canine gave a positive alert to the odor of a controlled substance on the approximately $116,996.00 in United States currency.

**January 5, 2023 Mirandized recorded statement of Andrew Burgermeister**

15.     On January 5, 2023, an officer conducted an interview of Andrew Burgermeister (the "Interview").

16.     The Interview was audio and video recorded.

17.     Prior to conducting the Interview, the officer read Andrew Burgermeister his Constitutional Miranda Rights.  Burgermeister stated that he understood each of his rights and was willing to speak with the officer.

18.     During the Interview, Andrew Burgermeister admitted that he sold controlled substances to about ten customers.

**Drug-related text messages on Andrew Burgermeister's cell phones**

19.     Officers conducted forensic downloads of Andrew Burgermeister's cell phones that were seized during execution of the search warrant at the Residence on January 5, 2023.

20.     Some of the drug-related instant messages on one of the phones were between Andrew Burgermeister and "alexxmorann alexandra" on December 31, 2022, and January 4, 2023, as follows:

A.     From Burgermeister:  If you buy 400 in product I will plug the s*** outta you and drop it off in Madison will be cheap enough that you can double your money if u really wanted.  That only you cause I did u bogus though minimum for Madison is usually 1k.  For example cash me out on 400 in carts I'll literally just throw you them for 12 bucks a pop.

B.     From alexxmorann alexandra:  I'll def think abt that more when I graduate in may! i can only work sm m so i scrape by lmfao but if you got edibles and wax im interested in those fs.  That's super sweet thank u homie.  I'll def hit u.

C.     From Burgermeister:  Same goes for edibles and wax I'll bring you like a zip of wax for 400.  And its high end multiple flavors can give up to 8 flavors and like diamonds and sauce and high end s*** like that just cheap asf.

D.     From alexxmorann alexandra:  Yes i'll hit u!!

21.     Some of the drug-related instant messages on one of the phones were between Andrew Burgermeister and "Dylans Dad Jason" on January 1, 2023, as follows:

A.     From Dylans Dad Jason:  you open today boss? Was looking to come through for just a g or 2 of some wax.  If not I can hit you tomorrow if it works better.

B.     From Burgermeister:  If u scoop more like a quo[2] that be better I usually only do small amounts of wax with other stuff.

C.     From Dylans Dad Jason:  ahh..gotcha..I'll have to wait then. Budgets and s*** lol. no worries.  I'll keep that in mind moving forward!

---

[2] Based on their training and experience, officers are aware that a "quo" is slang for quarter ounce or seven grams.

D. From Burgermeister: Yeah that's my normal what is your budget looking like how much can u spend? I could probably do something for u when I a little less busy.

E. From Dylans Dad Jason: like a hundred tops.

F. From Burgermeister: Well ya if u spend 100 that's usually my minimum so that would work. I can hit u up in a bit busy with packers game.

G. From Dylans Dad Jason: sounds good. Let me know when it's good.

H. From Dylans Dad Jason: just pulled up; coming around back now.

22. Some of the drug-related instant messages on one of the phones were between Andrew Burgermeister and "Nicktimenick" on January 2, 2023, and January 3, 2023, as follows:

A. From Burgermeister: You should cash out on this cosmic tree house before it's gone dude. Not getting more for a bit.

B. From Nicktimenick: For sure i get paid tomorrow i could check it out probably would be a zip or 2.[3] Is that cool?

C. From Burgermeister: Should be. What time. Tomarrow [sic] right?

D. From Nicktimenick: Yeah around 1:30 ish i got the gym in the morning, i guess i don't get paid till next week so if i get anything it'd probably be a zip.

\* \* \*

E. From Burgermeister: Did I [sic] still need to see me today.

F. From Nicktimenick: Yo what was the first strain? Banana ignite or something?

G. From Burgermeister: Bananas and cream.

H. From Nicktimenick: Fosho r u sure? i thought u said divine banana now that i think about it. Also ima try to door dash more to save up quicker for San Francisco. Ayo if u still wanted to link after work ill be done between 9:30-9:45.

I. From Burgermeister: You would have to slide on me on the south.

---

[3] Based on their training and experience, officers are aware that a "zip" is slang for an ounce.

5

**Andrew Burgermeister's State Drug Charges**

23.    On January 6, 2023, Andrew Burgermeister was charged in Waukesha County Circuit Court, Case No. 23CF35, with (1) possession of THC with intent to deliver (>2,500 – 10,000 grams), (2) maintaining a drug trafficking place, and (3) possession of drug paraphernalia.

**Administrative Forfeiture Proceedings**

24.    The Drug Enforcement Administration ("DEA") began administrative forfeiture proceedings against the approximately $116,996.00 in United States currency on the ground that the seized currency was used or intended to be used in exchange for controlled substances or was proceeds of trafficking in controlled substances.

25.    On or about April 3, 2023, Andrew Burgermeister filed a claim with the DEA in the administrative forfeiture proceedings to the defendant approximately $116,996.00 in United States currency.

**Warrant for Arrest In Rem**

26.    Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendant property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

**Claims for Relief**

27.    The plaintiff alleges and incorporates by reference the paragraphs above.

28.    By the foregoing and other acts, the defendant property, approximately $116,996.00 in United States currency, was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

29.    The defendant approximately $116,996.00 in United States currency is therefore subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6).

6

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant property be issued; that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed; that judgment declare the defendant property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and equitable, together with the costs and disbursements of this action.

Dated at Milwaukee, Wisconsin, this 21st day of June, 2023.

Respectfully submitted,

GREGORY J. HAANSTAD
United States Attorney

By: *s/BRIDGET J. SCHOENBORN*
BRIDGET J. SCHOENBORN
Assistant United States Attorney
Wisconsin Bar Number: 105396
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: bridget.schoenborn@usdoj.gov

7

**Verification**

I, Timothy Filter, hereby verify and declare under penalty of perjury that I am a Task Force Officer with the Drug Enforcement Administration (DEA) in Milwaukee, Wisconsin, that I have read the foregoing Verified Complaint for Civil Forfeiture *in rem* and know the contents thereof, and that the factual matters contained in paragraphs 8 through 22 of the Verified Complaint are true to my own knowledge.

The sources of my knowledge and information are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Task Force Officer with the DEA.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.


Date:   June 21, 2023                    *s/Timothy Filter*
                                         Timothy Filter
                                         Task Force Officer
                                         Drug Enforcement Administration

8